# WHITELAW & FANGIO

247-259 W. Fayette Street
Syracuse, New York 13202
Telephone (315) 472-7832
Fax No. (315) 472-7816
*(Service by fax not accepted)*

KENNETH D. WHITELAW
MARY LANNON FANGIO

mary@fangiolaw.com
kate@fangiolaw.com

Monday, March 01, 2010

US Bankruptcy Court Clerk
100 S. Clinton Street, Room 315
PO Box 7008
Syracuse New York 13261-7008

  RE: Wendy Louise Jones  Case No. 06-32812
     Daniel L. Grace Case No. 06-34556

Gentlepersons:

  Enclosed please find the following:

  A check in the amount of $143.33 which represents a dividend check issued to Sterling Inc. dba Kay Jewelers,% Weltman Weinberg and Ries, 323 W. Lakside Avenue, Suite 200, Cleveland OH 4413.

  And a check in the amount of $38.25 which represents a dividend check issued to HSBC Bank, PO Box 3101, Buffalo NY 14240.

  Neither of these checks were cashed within the 90 day time frame. At stop payment was issued and a new check was issued payable to the Court.

          Very Truly Yours,

          Kate Zacharewski
          Paralegal

MLF/krz

Enclosures